IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SMID and HUGH ELLIOT, | No. C 06-2134 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN CORPORATION, TODD SHIPYARDS CORPORATION, MCDONNELL DOUGLAS CORPORATION, GENERAL DYNAMICS CORPORATION, VIAD CORP., and DOES 1-300, | |
| Defendants. | |

On April 24, 2006, Defendant McDonnell Douglas Corporation filed a Notice of Pendency of Other Actions [Docket No. 8]. In the Notice, Defendant requests the that this Court transfer the case to the United States District Court for the Eastern District of Pennsylvania, for inclusion in the *In re Asbestos Products Liability Litigation*, MDL No. 875 proceedings. On the same date, Defendant sent a notice that this action is a potential tag-along action to the MDL No. 875 proceedings to the Clerk of the Judicial Panel on Multi-District Litigation ("MDL Panel"). In that notice, Defendant requested that this action be transferred to the MDL No. 875 proceeding.

Accordingly,

IT IS HEREBY ORDERED THAT this action is STAYED in its entirety pending a ruling from the MDL Panel. All dates and deadlines established in this matter, including the Case Management Conference, are VACATED.

IT IS FURTHER ORDERED THAT Plaintiff shall promptly inform the Court <u>in writing</u> of the status of the case no later than ten (10) days after the Panel issues its ruling on the motion to transfer.

1    IT IS SO ORDERED.

Dated: 5/24/06

SAUNDRA BROWN ARMSTRONG
United States District Judge

2