**A CERTIFIED TRUE COPY**

JUN 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUN 29 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 26 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

(SEE ATTACHED SCHEDULE)    C-06-2134-SBA

**CONDITIONAL TRANSFER ORDER (CTO-264)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,641 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-264 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-843 | Richard Cody v. General Electric Co. |
| CAN 3 06-1634 | Robert Mathews v. General Electric Co., et al. |
| CAN 3 06-2271 | Maria J. Ballenger, et al. v. Agco Corp., et al. |
| CAN 4 06-2134 | Richard Smid, et al. v. General Electric Co., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-199 | Clarence Rushing, et al. v. Burlington Northern & Santa Fe Railway Co. |
| **MASSACHUSETTS** | |
| ~~MA 1 06-10618~~ | ~~Louise M. Proto, etc. v. Metropolitan Life Insurance Co., et al.~~ Opposed 6/13/06 |
| **MARYLAND** | |
| MD 1 06-841 | Donna F. Forster, etc. v. Anchor Packing Co., et al. |
| **MINNESOTA** | |
| MN 0 06-442 | Roy C. Carlson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-443 | Mayo W. Chance v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-446 | Verner Keskitalo v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-449 | David J. Olson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-1314 | Roland Lamke v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 06-51 | James Wayne Anglin v. Bondex International, Inc., et al. |
| MSN 1 06-54 | Billy D. McGaughy v. Bendix Corp., et al. |
| MSN 1 06-57 | John Sellers v. Bendix Corp., et al. |
| MSN 1 06-65 | Elbert Franklin Davis v. Bendix Corp., et al. |
| MSN 1 06-66 | Edward Fowler v. Bendix Corp., et al. |
| MSN 1 06-67 | Jimmy Taylor v. Certainteed Corp., et al. |
| MSN 1 06-68 | Bill Jerome Parker v. Garlock, Inc., et al. |
| MSN 1 06-69 | Jewel Edward Parker v. Garlock, Inc., et al. |
| MSN 1 06-70 | Charles Clarence McVay, Jr. v. Georgia-Pacific Corp., et al. |
| MSN 1 06-75 | Sammy Egbert Parker v. Garlock, Inc., et al. |
| MSN 1 06-78 | Arnold Parker v. Garlock, Inc., et al. |
| MSN 1 06-81 | Bobby Ray Hilburn v. Garlock, Inc., et al. |
| MSN 1 06-82 | Clovis Essary v. Ametek, Inc., et al. |
| MSN 1 06-83 | Frank Henry v. Ametek, Inc., et al. |
| MSN 1 06-84 | Billy Gale Trimble v. Dana Corp., et al. |
| MSN 1 06-86 | Willie Melvin Ross v. Ametek, Inc., et al. |
| MSN 1 06-87 | Almus Lee Ross v. Ametek, Inc., et al. |
| MSN 1 06-89 | Donnie L. Bray v. Garlock, Inc., et al. |
| MSN 1 06-90 | Mary Manley, etc. v. Aqua-Chem, Inc., et al. |
| MSN 1 06-104 | Earl Franklin Spencer v. Garlock, Inc., et al. |
| MSN 2 06-27 | Kenneth W. Lantrip v. Ametek, Inc., et al. |
| MSN 2 06-28 | Paul M. Jennings v. Garlock, Inc., et al. |
| MSN 2 06-34 | Earl Jones v. Georgia-Pacific Corp., et al. |
| MSN 2 06-35 | Wilber Taylor v. Georgia-Pacific Corp., et al. |
| MSN 2 06-37 | Ira Bledsoe v. Georgia-Pacific Corp., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSN 2 06-39 | Ben Christian v. Georgia-Pacific Corp., et al. |
| MSN 2 06-40 | Roy Thomas v. Georgia-Pacific Corp., et al. |
| MSN 2 06-41 | Ollie McCray v. Garlock, Inc., et al. |
| MSN 2 06-45 | Rena Mae McCray v. Ametek, Inc., et al. |
| MSN 2 06-46 | Dennise Gene Pearson v. Certainteed Corp., et al. |
| MSN 2 06-47 | Lawrence King v. Ametek, Inc., et al. |
| MSN 3 06-20 | Jerry Clay Merritt, Sr. v. Bendix Corp., et al. |
| MSN 3 06-22 | Mack Arthur Quarles v. Bendix Corp., et al. |
| MSN 3 06-28 | Donny Delbridge, et al. v. Garlock, Inc., et al. |
| MSN 3 06-29 | Claude Campbell v. Georgia-Pacific Corp., et al. |
| MSN 3 06-30 | Rickey Bing v. Georgia-Pacific Corp., et al. |
| MSN 3 06-31 | Al Beard v. Georgia-Pacific Corp., et al. |
| MSN 3 06-32 | Clyde Campbell v. Georgia-Pacific Corp., et al. |
| MSN 3 06-33 | Oplis King v. Georgia-Pacific Corp., et al. |
| MSN 3 06-34 | Warrick Darnell Jones v. Georgia-Pacific Corp., et al. |
| MSN 3 06-35 | John P. Riles v. Certainteed Corp., et al. |
| MSN 3 06-36 | Glenn Edward Smith v. Georgia-Pacific Corp., et al. |
| MSN 3 06-37 | Donald Houston Roy v. Garlock, Inc., et al. |
| MSN 3 06-42 | Walter D. Henry v. Ametek, Inc., et al. |
| MSN 3 06-43 | Thomas Johnson Thweatt v. Crown Cork & Seal Co. (USA), Inc., et al. |
| MSN 3 06-44 | Cecil Gandy v. Ametek, Inc., et al. |
| MSN 3 06-45 | Bettina Hardin, et al. v. Georgia-Pacific Corp., et al. |
| MSN 3 06-46 | Milton Ferrell Simpson v. Georgia Pacific Corp., et al. |
| MSN 3 06-47 | Kathleen Parvin v. Ametek, Inc., et al. |
| MSN 3 06-48 | Biddie Louis Pannell v. Georgia-Pacific Corp., et al. |
| MSN 3 06-49 | Raymond Bates v. Georgia-Pacific Corp., et al. |
| MSN 4 05-124 | James Anderson, et al. v. Owens-Illinois, Inc. |

MISSISSIPPI SOUTHERN

| | |
|---|---|
| MSS 1 06-126 | Mary Barnette v. Bendix Corp., et al. |
| MSS 1 06-138 | Helen Thrash, etc. v. Budd Co., et al. |
| MSS 1 06-139 | Wendell Alford v. Arvin Meritor, Inc., et al. |
| MSS 1 06-144 | Billy Bell v. Bondex International, Inc., et al. |
| MSS 1 06-169 | William Bethea Everett v. Bendix Corp., et al. |
| MSS 1 06-171 | Robert Earle McCullough, et al. v. Ametek, Inc., et al. |
| MSS 1 06-172 | Herbert Frank Poole v. Bondex International, Inc., et al. |
| MSS 1 06-173 | Walter Dave Wigley v. Ametek, Inc., et al. |
| MSS 1 06-177 | Tillis Edgar Loper v. Ford Motor Co., et al. |
| MSS 1 06-179 | Richard Lee Epting v. D.B. Riley, Inc., et al. |
| MSS 1 06-181 | Andrew Husley, Jr. v. Georgia-Pacific Corp., et al. |
| MSS 1 06-184 | Eugene Raymond Walker v. Georgia-Pacific Corp., et al. |
| MSS 1 06-190 | John Byars v. Aqua-Chem, Inc., et al. |
| MSS 1 06-201 | Jimmy Bilbro v. Ametek, Inc., et al. |
| MSS 1 06-202 | Francis Elliot Larson v. Ametek, Inc., et al. |
| MSS 1 06-203 | Willie Gooden v. Ametek, Inc., et al. |
| MSS 1 06-204 | James Carson v. Ametek, Inc., et al. |
| MSS 1 06-205 | Eddie Chandler v. Ametek, Inc., et al. |
| MSS 1 06-206 | Orville Goolsby v. Ametek, Inc., et al. |
| MSS 1 06-207 | John Field v. Ametek, Inc., et al. |
| MSS 1 06-208 | Kenneth Estis v. Ametek, Inc., et al. |
| MSS 1 06-209 | Willard Roberts v. Ametek, Inc., et al. |
| MSS 1 06-210 | Norman Kearney Shelton v. Bendix Corp., et al. |
| MSS 1 06-211 | Pertis Rander Watts v. Ametek, Inc., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875                                                                Page 3 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS 1 06-212 | Wardell Sawyer v. Ametek, Inc., et al. |
| MSS 1 06-213 | Eddie Chandler v. Ametek, Inc., et al. |
| MSS 1 06-214 | Alfred Riley Nix v. Ametek, Inc., et al. |
| MSS 1 06-215 | Roy H. Mixon v. Ametek, Inc., et al. |
| MSS 1 06-216 | Jefferson Davis v. Aqua-Chem, Inc., et al. |
| MSS 1 06-219 | Harry Collins v. Certainteed Corp., et al. |
| MSS 1 06-220 | Howard Dugger, et al. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-221 | Isaac Dugger v. Aqua-Chem, Inc., et al. |
| MSS 1 06-227 | Raymond Nygard v. American Optical Co., et al. |
| MSS 1 06-228 | Reuben Eugene Ogborn v. Ametek, Inc., et al. |
| MSS 1 06-229 | Ernest McIntosh v. Aqua-Chem, Inc., et al. |
| MSS 1 06-230 | Donald Hartfield v. Ametek, Inc., et al. |
| MSS 1 06-231 | Lewis Catrett v. Aqua-Chem, Inc., et al. |
| MSS 1 06-232 | Michael Wayne McClantoc v. Ametek, Inc., et al. |
| MSS 1 06-234 | John Bruce Swanzy v. Ametek, Inc., et al. |
| MSS 1 06-235 | William Ray v. Ametek, Inc., et al. |
| MSS 1 06-236 | Allen Cochran v. American Optical Co., et al. |
| MSS 1 06-237 | Billy Brock v. Drilling Specialties Co., LLC, et al. |
| MSS 1 06-238 | Linzy Holliman v. Aqua-Chem, Inc., et al. |
| MSS 1 06-239 | Horace Leon Welford v. Ametek, Inc., et al. |
| MSS 1 06-240 | Joe Cameron, et al. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-241 | Zolia Cornelius Oliver, Jr. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-242 | Curtis Aron Prescott v. Ametek, Inc., et al. |
| MSS 1 06-248 | James Fross v. Aqua-Chem, Inc., et al. |
| MSS 1 06-250 | Louis Montgomery v. Aqua-Chem, Inc., et al. |
| MSS 1 06-262 | Lillie C. Hill v. General Electric Co., et al. |
| MSS 1 06-263 | Leavern Wilson v. Ametek, Inc., et al. |
| MSS 1 06-264 | Samuel Earl Mozingo v. Ametek, Inc., et al. |
| MSS 1 06-267 | Rudolph Ishee v. Ametek, Inc., et al. |
| MSS 1 06-270 | Ernest Ray Littlefield, Sr. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-272 | Billy Brock v. Drilling Specialties Co., LLC, et al. |
| MSS 1 06-273 | Timothy Lavoy Hill v. Ametek, Inc., et al. |
| MSS 1 06-274 | Otis Gayle McDonald v. Ametek, Inc., et al. |
| MSS 1 06-275 | Claude Layton Odom v. D.B. Riley, Inc., et al. |
| MSS 1 06-276 | Jimmy Lavon Parker v. Dana Corp., et al. |
| MSS 1 06-277 | Eddie Louis Smith v. Certainteed Corp., et al. |
| MSS 1 06-279 | George Louis Smith v. Certainteed Corp., et al. |
| MSS 1 06-280 | Levi Thomas, Jr. v. Certainteed Corp., et al. |
| MSS 1 06-281 | Lawrence Ainsworth v. Drilling Specialties Co., LLC, et al. |
| MSS 1 06-282 | Curtis Lee Jernigan v. Ametek, Inc., et al. |
| MSS 1 06-285 | Sylvester Benson Robinson, Jr. v. Ametek, Inc., et al. |
| MSS 1 06-286 | James Bartlett v. Ametek, Inc., et al. |
| MSS 1 06-287 | General L. Sherman v. Ametek, Inc., et al. |
| MSS 1 06-288 | Charles Green v. Ametek, Inc., et al. |
| MSS 1 06-289 | William E. Burkhart v. Ametek, Inc., et al. |
| MSS 1 06-290 | Jean Barnwell, etc. v. Ametek, Inc., et al. |
| MSS 1 06-291 | Melvin Lister, Jr. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-292 | Jimmy Davis Ward v. Ametek, Inc., et al. |
| MSS 1 06-293 | Ralph Elbert Tucker v. Ametek, Inc., et al. |
| MSS 1 06-294 | Clarence Eugene Lister v. Ametek, Inc., et al. |
| MSS 1 06-295 | Sammy W. Crawford v. Ametek, Inc., et al. |
| MSS 1 06-296 | James L. Stuckey v. Ametek, Inc., et al. |
| MSS 1 06-297 | Chester Kenton Freeman v. Ametek, Inc., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875                                     Page 4 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS 1 06-298 | Davey Ellis Rabb v. Ametek, Inc., et al. |
| MSS 1 06-299 | Kenneth R. Mahan v. Ametek, Inc., et al. |
| MSS 1 06-300 | Thomas Franklin Pearson v. Ametek, Inc., et al. |
| MSS 1 06-301 | Leslie W. Johnson v. Ametek, Inc., et al. |
| MSS 1 06-302 | Curtis L. Raybon, Sr. v. Ametek, Inc., et al. |
| MSS 1 06-303 | Edward Charles Besancon, Sr. v. Ametek, Inc., et al. |
| MSS 1 06-304 | Connell Lewis v. Aqua-Chem, Inc., et al. |
| MSS 1 06-305 | Richard Lowery Dana v. Aqua-Chem, Inc., et al. |
| MSS 1 06-306 | Albert Earl Smith v. Ametek, Inc., et al. |
| MSS 1 06-308 | John Bryant v. Owens-Illinois, Inc. |
| MSS 1 06-309 | Charlie Davis v. Ametek, Inc., et al. |
| MSS 1 06-320 | Bennie Luther Sparkman v. Ametek, Inc., et al. |
| MSS 1 06-321 | Cecil Alfred Whitmore v. Ametek, Inc., et al. |
| MSS 1 06-322 | Michael Robinson v. Ametek, Inc., et al. |
| MSS 1 06-323 | Luther Knight v. Ametek, Inc., et al. |
| MSS 1 06-324 | Alton Cornett v. Ametek, Inc., et al. |
| MSS 1 06-325 | Albert Earl Smith v. Ametek, Inc., et al. |
| MSS 1 06-326 | Jack Crawford v. Aqua-Chem, Inc., et al. |
| MSS 1 06-327 | Chester Kenton Freeman, Sr. v. Ametek, Inc., et al. |
| MSS 1 06-328 | Claude Garrett v. Ametek, Inc., et al. |
| MSS 1 06-329 | Robert Furby v. Ametek, Inc., et al. |
| MSS 1 06-330 | Jessie L. Bennett v. Ametek, Inc., et al. |
| MSS 1 06-331 | James Buckley v. Ametek, Inc., et al. |
| MSS 1 06-332 | Bruce B. Ebeling v. Ametek, Inc., et al. |
| MSS 1 06-333 | Byron Brown v. Ametek, Inc., et al. |
| MSS 1 06-334 | Hayward Dwight Ray v. Ametek, Inc., et al. |
| MSS 1 06-335 | John Morgan v. Ametek, Inc., et al. |
| MSS 1 06-336 | Majure Lavon Smith v. Ametek, Inc., et al. |
| MSS 1 06-337 | Mildred Blackwell Henderson v. Ametek, Inc., et al. |
| MSS 1 06-338 | Billy Boyles v. Ametek, Inc., et al. |
| MSS 1 06-339 | Billy Reid v. Ametek, Inc., et al. |
| MSS 1 06-340 | Joseph Jens Pedersen v. Ametek, Inc., et al. |
| MSS 1 06-341 | Julian Crooks v. Ametek, Inc., et al. |
| MSS 1 06-342 | Teddy Albert Sullivan v. Ametek, Inc., et al. |
| MSS 1 06-343 | James E. Smith v. Ametek, Inc., et al. |
| MSS 1 06-344 | James Clay v. Certainteed Corp., et al. |
| MSS 1 06-345 | Douglas C. Danley v. Ametek, Inc., et al. |
| MSS 1 06-346 | John D. Grant v. Ametek, Inc., et al. |
| MSS 1 06-347 | Joseph Cox v. Ametek, Inc., et al. |
| MSS 1 06-348 | Jerry Louis Kirkland v. Georgia-Pacific Corp., et al. |
| MSS 1 06-349 | Jerry Harvison v. Ametek, Inc., et al. |
| MSS 1 06-350 | Lloyd Sumers Tickell, Jr. v. Ametek, Inc., et al. |
| MSS 1 06-351 | Coney B. Bryan v. Ametek, Inc., et al. |
| MSS 1 06-352 | Ted Grey v. Ametek, Inc., et al. |
| MSS 1 06-353 | Nickey Arnold v. Ametek, Inc., et al. |
| MSS 1 06-354 | Billy Ray Holifield v. Georgia-Pacific Corp., et al. |
| MSS 1 06-355 | Billy Charles Smith v. Georgia-Pacific Corp., et al. |
| MSS 1 06-356 | Hubert L. Jones v. Georgia-Pacific Corp., et al. |
| MSS 1 06-357 | Walter Hargrave v. Ametek, Inc., et al. |
| MSS 1 06-358 | Lloyd Overton v. Ametek, Inc., et al. |
| MSS 1 06-359 | Roland L. Thornton v. Ametek, Inc., et al. |
| MSS 1 06-360 | Michael M. Murphy v. Ametek, Inc., et al. |
| MSS 1 06-361 | Helen Patricia Odom v. Georgia-Pacific Corp., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875                              Page 5 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-362 | John Paul Rigney v. Ametek, Inc., et al. |
| MSS 1 06-364 | Eddie Charles Jones v. Certainteed Corp., et al. |
| MSS 1 06-366 | Jean Loper v. Aqua-Chem, Inc., et al. |
| MSS 1 06-367 | Paris Martin v. Certainteed Corp., et al. |
| MSS 1 06-369 | Charles McArthur Palmer v. Ametek, Inc., et al. |
| MSS 1 06-370 | Leavester McKenzie v. Ametek, Inc., et al. |
| MSS 1 06-371 | Roy Barnett v. Ametek, Inc., et al. |
| MSS 1 06-372 | Delano Abercrombie, et al. v. Crane Co., et al. |
| MSS 1 06-373 | Clarence McNeese v. Crane Co., et al. |
| MSS 1 06-381 | Johnny W. Faust v. Phillips 66 Co., et al. |
| MSS 1 06-382 | Dale F. Polk v. Phillips 66 Co., et al. |
| MSS 1 06-395 | John Lee Dover v. Certainteed Corp., et al. |
| MSS 1 06-400 | Joseph Dunbar, Jr. v. American Standard, Inc., et al. |
| MSS 1 06-403 | Adell Evans v. Fairbanks Morse Pump Corp., et al. |
| MSS 1 06-405 | Elouise Thornton v. American Standard, Inc., et al. |
| MSS 1 06-411 | Carol Ann Wood v. Crane Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-317 | Nelson Franklin McMahan, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-318 | Clifford Henry Morgan v. Aqua-Chem, Inc., et al. |
| NCM 1 06-319 | Charles Warren Fuller, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-320 | Arnold Lee Kluttz, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-334 | Kenneth Franklin Ballard, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-335 | William Wayne Allred, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-336 | Anthony Ladd Flinchum v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-100 | Timothy Eugene Abernathy v. Aqua-Chem, Inc., et al. |
| NCW 1 06-101 | Brenda Cook Baker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-102 | Earl Reid Chronister, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-103 | Paul David Corriher, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-105 | Bill James DeBerry, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-107 | Walter Cornelius Harman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-108 | Ronald Dale Leatherman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-109 | Leslie Conrad Hovis, III, et al. v. Aqua-Chem, Inc, et al. |
| NCW 1 06-110 | Henry Johnson Brown, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-112 | Terry Lee Slaughter, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-113 | David Larry Wright, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-114 | Fred Chester Meeks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-117 | Randall Ray Tracey, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-118 | Clifford Lewis McCoy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-119 | Ronny Lee Richardson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-120 | William Lloyd Steele, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-133 | Lonnie H. Williams, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1 06-137 | Darryl M. Hutchins v. 3M Co., et al. |
| **NEW MEXICO** | |
| NM 1 06-362 | Ronald Sanchez v. Burlington Northern & Santa Fe Railway Co. |
| NM 1 06-365 | Tim R. Sanchez v. Burlington Nothern & Santa Fe Railway Co. |
| NM 1 06-368 | Ron Butler v. Burlington Northern & Santa Fe Railway Co. |
| NM 2 06-361 | William H. Monroe, Jr., etc. v. Burlington Northern & Santa Fe Railway Co. |
| NM 2 06-364 | Coleman D. Hunt v. Burlington Northern & Santa Fe Railway Co. |
| NM 6 06-363 | Bob Butler v. Burlington Northern & Santa Fe Railway Co. |
| NM 6 06-366 | Willie R. Chavez v. Burlington Northern & Santa Fe Railway Co. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 06-932 | John P. Voytek, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 06-996 | Clara Garner, etc. v. A.O. Smith Water Products Co., et al. |
| NYE 1 06-1120 | Masie Frier, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 06-1841 | Joseph Nemick, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 06-1929 | James T. McMahon, Jr., et al. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-8414 | Alan Rubin, etc. v. General Electric Co. |
| NYS 1 06-1708 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| NYS 1 06-1709 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| NYS 1 06-2088 | Salvador Midence v. United States Lines, Inc. Reorganization Trust |
| NYS 1 06-2349 | William E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| **OHIO NORTHERN** | |
| OHN 1 06-10003 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 06-10004 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 06-10005 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| **WEST VIRGINIA SOUTHERN** | |
| ~~WVS 2 06-213~~ | ~~Franklin Joseph Modley, et al. v. 20th Century Glove Corp. of Texas, et al.~~ Opposed 6/13/06 |

A TRUE COPY CERTIFIED TO FROM THE ...
DATED: 6-19-06
ATTEST: [signature]